UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANCHO individually and on behalf of other individuals similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>VULCAN MATERIALS COMPANY,<br><br>                    Defendant. | CASE NO. **1:20-cv-00898-NONE-JLT**<br><br>**ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br>(Doc. 14) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1.    Plaintiff may file a First Amended Complaint within three days;

2.    The defendant may file a responsive pleading within 21 days thereafter or may forego a further responsive pleading and, in this event, the current answer will be deemed to be the responsive pleading to the first amended complaint.

IT IS SO ORDERED.

Dated:  __October 27, 2020__          _____/s/ Jennifer L. Thurston__
                                       UNITED STATES MAGISTRATE JUDGE