UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANCHO, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, New Jersey corporation,<br><br>Defendant. | No. 1:20-cv-00898-NONE-JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS TO DISMISS CLASS CLAIMS WITHOUT PREJUDICE<br><br>(Doc. No. 29) |

The court ordered the plaintiff to show cause why the class allegations should not be dismissed without prejudice, due to the failure to seek class certification. (Doc. No. 26.) The plaintiff responded and agreed that the class allegations should be dismissed without prejudice. (Doc. No. 27 at 3.) On July 14, 2021, the court issued findings and recommendations to dismiss the class claims without prejudice. (Doc. No. 29.) The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen days. (*Id*. at 2.) No objections have been filed to the pending findings and recommendations, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this court conducted a *de novo* review of

the case.  Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, the court ORDERS:

1. The findings and recommendations dated July 14, 2021 (Doc. No. 29) are ADOPTED IN FULL; and
2. The class claims are DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: **September 21, 2021**

UNITED STATES DISTRICT JUDGE

2