UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANCHO, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, New Jersey corporation,<br><br>Defendant. | Case No.: 1:20-cv-00898-JLT-BAK (EPG)<br><br>ORDER CLOSING THE CASE<br><br>(Doc. 44) |

On February 17, 2022, the parties filed a joint stipulation to dismiss this action without prejudice. (ECF No. 44). The Court previously dismissed the class claims without prejudice (ECF No. 30); thus, no class has been certified and nothing in the voluntary dismissal or this order resolves any claims, issues, or defenses of a class. In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and without an award of costs or attorneys' fees. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **February 18, 2022**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1